844

No. 92–8978. KANG v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 92–8979. FOSTER v. BEDELL. Sup. Ct. N. H. Certiorari denied. 

No. 92–8980. SALEEM v. THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 92–8981. STOKES v. AMERICAN EXPRESS CO. ET AL. C. A. 10th Cir. Certiorari denied. 

No. 92–8983. WATTS v. HARGETT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 92–8984. VUKADINOVICH v. BOARD OF SCHOOL TRUSTEES OF THE MICHIGAN CITY AREA SCHOOLS ET AL. C. A. 7th Cir. Certiorari denied. 

No. 92–8985. SEAY v. EATON. C. A. 2d Cir. Certiorari denied.

No. 92–8988. GREEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 92–8989. DOMINGUEZ-ALPARO v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 92–8990. REYNOLDS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 92–8991. ROCHA v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 92–8992. MOSLEY v. PUNG, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 92–8993. SIMARD v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 92–8994. CASTRO v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. 

No. 92–8995. SCHMITZ v. WISCONSIN. Ct. App. Wis. Certiorari denied. 
██